Caplan et ux., *v.* Kent, Appellant, et al.

Argued October 9, 1950. Before DREW, C. J., STERN, STEARNE, JONES, LADNER and CHIDSEY, JJ.

88

*William S. Doty*, with him *Horton Smith*, for appellant.

*Richard B. Tucker, Jr.* with him *Patterson, Crawford, Arensberg & Dunn*, for appellees.

OPINION PER CURIAM, November 27, 1950:
The judgment of the court below is affirmed on the opinion of Judge ADAMS. Costs of this appeal to be paid by the appellant.